UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
LUCY DORR,

       Plaintiff,

  -against-

NATIONAL SURETY CORPORATION and
FIREMAN'S FUND INSURANCE COMPANY,

       Defendants.
------------------------------------- x

ORDER

19 Civ. 3035 (GBD)

GEORGE B. DANIELS, United States District Judge:

  A status conference is scheduled for June 26, 2019 at 9:45 am.

Dated: New York, New York
   May 2, 2019

             SO ORDERED.

             *George B. Daniels*
             GEORGE B. DANIELS
             United States District Judge