Ethan Price-Livingston, Esq. (EP0853)
COZEN O'CONNOR
45 Broadway, 16th Floor
New York, New York 10006
(212) 453-3816
(917) 512-4535
EPrice-Livingston@cozen.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

LUCY DORR,

                Plaintiff,

vs.

NATIONAL SURETY CORPORATION and
FIREMAN'S FUND INSURANCE COMPANY,

                Defendants.

------------------------------------------------------------------------X

No.: 1:19-CV-03035-GBD

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that Ethan Price-Livingston, Esq. of the law firm of Cozen O'Connor, 45 Broadway, 16th Floor, New York, New York 10006, hereby appears as counsel on behalf of defendants National Surety Corporation and Fireman's Fund Insurance Company in the above-entitled action, and requests that copies of all future pleadings and papers in this action be served upon him at the office address listed below, and all electronically filed documents be transmitted by electronic mail to the email address below.

Dated:  June 21, 2019

                                          Respectfully Submitted,

                                          */s/ Ethan Price-Livingston*
                                          Ethan Price-Livingston, Esq. (EP0853)
                                          45 Broadway, 16th Floor
                                          New York, New York 10006
                                          Telephone: (212) 453-3816
                                          Facsimile: (917) 512-4535
                                          *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2019 I electronically filed the foregoing NOTICE OF APPEARANCE with the United States District Court Southern District of New York by using the CM/ECF system.

*/s/ Ethan Price-Livingston*
Ethan Price-Livingston, Esq. (EP0853)