UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
LUCY DORR,

                      Plaintiff,

    -against-

NATIONAL SURETY CORPORATION and
FIREMAN'S FUND INSURANCE COMPANY,

                    Defendants.
------------------------------------x

ORDER

19 Civ. 3035 (GBD)

GEORGE B. DANIELS, United States District Judge:

Oral argument will be held on Defendant National Surety Corporation's and Defendant Fireman's Fund Insurance Company's motion to dismiss, (ECF No. 7), on July 17, 2019 at 10:30 am.

Dated: New York, New York
       June 26, 2019

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge